UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-195-RJC

| | |
|---|---|
| RUTH A. TATE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Defendant's consent motion to remand this case to the Commissioner for further action. (Doc. No. 7). Under sentence four of 42 U.S.C. § 405(g), the Court has the "power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing. Melkonyan v. Sullivan, 501 U.S. 89, 98 (1991). In light of Defendant's motion, with Plaintiff's consent to remand, the Court hereby remands this action for further administrative proceedings and development.

**IT IS, THEREFORE, ORDERED**, for good cause shown, that Defendant's Consent Motion for Remand, (Doc. No. 7), is **GRANTED.**

The Clerk of Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Signed: December 18, 2014

Robert J. Conrad, Jr.
United States District Judge